

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


John Rodgers Burnley,
                    Plaintiff,


v.                                    Civil Action.: 3:23cv160


Margarita Lozoda Valentine, et. al.,

                    Defendants.




                        _____
                        **COMPLAINT**
                        _____




**John Rodgers Burnley**
**3119 Edgewood Avenue**
**Richmond, Virginia 23222-2505**

(804) 308-4649

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


JOHN RODGERS BURNLEY, Plaintiff,


v.                                    Civil Action No. 3:23cv160


Margarita Lozoda Valentine,


Jeffrey W. Walburn,


Flagstar Bank, FSB
Loan# 0025181,


Robert Bono,


Brittany Bono,


USAA Federal Saving Bank
Loan# 3002135436,


Andrew Joseph Nash,


Morgan Christine Nash,


Virginia Credit Union, Inc.
Loan# 200131098,


Jordon L. Niermeyer,


Mary C. Niermeyer,


Quicken Loans, Inc.
Loan # FHA Case# 544-0525382-703


i

Richard G. Edwards, Chief of Police
City of Richmond, Virginia,

Donald Davenport, Commander
City of Richmond, Virginia (Fourth Precinct),

Margaret Cunningham, Detective
City of Richmond, Virginia Police Department,

Unknown Named Police Officers For
The City of Richmond, Virginia,

Internal Affairs Division For The
City of Richmond Poice Department,

Levar Stoney, Mayor For The
City of Richmond, Virginia,

Cynthia I. Newbille, President For
The Richmond City Council,

Ellen F. Robertson, Vice President
For The Richmond City Council,

Ann-Frances Lambert, Councilwoman
For The City of Richmod (3rd District),

City of Richmond (Municipality)
ATTENTION: Levar Stoney
OFFICE OF THE MAYOR FOR THE CITY OF RICHMOND
900 East Broad Street
Richmond, Virginia 23219,

                              Defendants.

ii

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

John Rodgers Burnley,

    Plaintiff,

v.            Civil Action No.: 3.23cv160

Margarita Lozoda Valentine, et.al.,

    Defendants.


COMPLAINT


 COMES NOW, JOHN RODGERS BURNLEY, undersigned Plaintiff and respectfully moves this Honorable Court pursuant to Rule 3 Federal Rules of Civil Procedure and says as follows:

 1. Jurisdiction is found and appropriate pursuant to 28 U.S.C. 1343 (a) (1) (2) (3) (4) and 28 U.S.C. 1332 (a).

 2. This suit is being initated pursuant to 42 U.S.C. 1983 and 42 U.S.C. 1985 (3) and 28 U.S.C. 1331 and 42 U.S.C. 2000 a (a).

3. The core of this lawsuit is racial profiling by the City of Richmond Police Department. The factual allegations of this lawsuit is (living while black) racial discrimination tatics to harass and intimidate and discriminate because the Plaintiff is black with a criminal record.

1

4. Plaintiff allege that preliminary statement of fact is that on January of 1999. Plaintiff purchased his home located at 3119 Edgewood Avenue, Richmond, Virginia 23222. At the time of purchase the 3100 Block of Edgewood Avenue was 98 per cent black afro-americans living there. In 2023, the 3100Block of Edgewood Avenue is 96 per cent white americans. As a result in the ratio change of race color. The whites defendants named in this suit have harass, intimidate and discriminated against Plaintiff because he is black and has a criminal record...that resulted in severe mental depression that require medical treatment.

5. Plaintiff allege that since January of 2022. The defendant Margarita Lozado Valentine told the Plaintiff that Detective Margaret Cunningham have told (Valentine) to call Richmond City Police on a daily basis and make up complaints on the Plaintiff. The Plaintiff have personally witnessed Margaret Cunningham at Valentine home on numerous occasions in the year of 2022 and 2023. In July of 2022 Valentine told the Plaintiff (why don't you just move from this block). Plaintiff allege that Valentine have used racial slurs against the Plaintiff calling Plaintiff "porch monkey" and a "nigger" on numerous occasions in 2022 and 2023. As a result, of Valentine racial slurs toward Plaintiff have caused Plaintiff to suffer with "severe depression" that required medical treatment.

2

6. Plaintiff allege that on February 16, 2023 Jeffrey W. Walburn put a loud speaker on Plaintiff's back yard fence and played music so loud that it shook the windows in Plaintiff's home. Plaintiff allege that (Walburn) repeatedly said "Fuck you nigger" "Fuck you nigger"...and threw trash across the fence in Plaintiff's yard. Plaintiff called the Richmond City Police (911). Police Officer (Leary Wright) came to Plaintiff's home listened to the loud music and filed a complaint case number# 2023-02160513 (Harassment-Documentation). Plaintiff allege that (Walburn) told him that Detective Margaret Cunningham stood behind him. As a result of (Walburn) racial slurs the Plaintiff suffers from "severe depression" that caused 'actual harm' requiring medical treatment.

7.Plaintiff allege that (Flagstar Bank, FSB) Loan# 0025181 carrys liability insurance for Jeffrey W. Walburn and his live-in companion (Margarita Lozoda Valentine) and shall be reponsible for all monetary damages that may result from racial discrimination and severe depression.

8. Plaintiff allege that on January 19, 2023 Robert Bono told the Plaintiff that he (Bono) had no use for niggers...and the only thing a nigger was good for was 'picking cotton'. Bono told the Plaintiff to look at the "headlights on the cars of his police friends" in this block. The police are watching you, "nigger". Bono told the Plaintiff that (Cunningham and I) got the police on your ass now.

3

Plaintiff allege that the 'racial slurs' from the mouth of (Robert Bono) resulted in the Plaintiff suffering actual harm from 'racial discrimination' that required medical treatment.

9. Plaintiff allege that on February 18, 2023 Brittany Bono told the Plaintiff that (Margaret Cunningham) had dispatched a Richmond City Police Detective to watch me on the evening of February 18, 2023 and all day of February 19, 2023. Plaintiff allege that on the evening of February 18, 2023 a dark green Mustang with smoke windows Virginia Plate # UDL-8224 arrived in front of Plaintiff's home. A white blonde 5'4" weighing 110 pounds exited the vehicle and went into Brittany Bono home. Plaintiff had witnessed this same green Mustang and its driver during November, December of 2022 and January and February of 2023 to enter and leave the home of Robert and Brittany Bono. Plaintiff allege that Brittany Bono called the Plaintiff a "porch monkey" when she got into the green Mustang with the police officer. As a result of Brittany Bono racial slurs the Plaintiff have suffered with actual harm of 'severe depression' that required long term medical treatment.

10. Plaintiff allege that (USAA Federal Saving Bank) Loan# 3002135436 carrys liability insurance for Robert and Brittany Bono and shall be responsible for all monetary damages that may result from racial discrimination and severe depression.

4

11. Plaintiff allege that on August 6, 2022 (Morgan Nash) was sitting on her front porch and said to Plaintiff "porch-monkey" I just called the Richmond Police Department on you. Look up the street at the headlights on cars that is the police. Nash told the Plaintiff to move from his home or she will keep calling the police. Plaintiff allege that during July, August and September of 2022 Morgan Nash allowed (Detective Margaret Cunningham) to sit on her front porch and (Cunningham) used racial slurs to harass and intimiate the Plaintiff by calling the Plaintiff a nigger and a porch monkey that resulted in severe depression that required the Plaintiff to seek medical treatment for actual harm... of racial discrimination.

12. Plaintiff allege that (Andrew Nash) told Plaintiff in December of 2022 that Plaintiff need to go back to Africa with the monkeys. Plaintiff allege that Andrew Nash told Plaintiff he (Nash) did not want Plaintiff living next door to him. Plaintiff allege that (Nash) told Plaintiff he had a criminal record and all "niggers" need to live in "housing projects". As a result of Andrew 'racial slurs' Plaintiff is suffering with "severe depression", fright, emotional trauma, stigma resulting from racial discrimination... in which Plaintiff is being medically treated therefor.

Plaintiff allege that (Virginia Credit Union, Inc.) Loan# 200131098 carrys liability insurance for Andrew Joseph Nash and Morgan Christine Nash and shall be reponsible for all monetary damages that may result from racial discrimination and severe depression.

5

13. Plaintiff allege that on July 17, 2022 Mary C. Niermeyer conspired with (Margaret Cunningham) of Richmond City Police Department;.allowing Cunningham to sit on her front porch and make "racial slurs" toward Plaintiff. Cunningham said to Plaintiff from Niermeyer front porch (quote) nigger when I finish with you, you will wish you never filed a complaint against me, "nigger". Plaintiff allege that Cunningham was acting under the "color of state law" when she referred to the Plaintiff as a nigger that resulted in severe depression requiring medical treatment for long term resulting in actual harm from racial discrimination.

14. Plaintiff allege that from June of 2022 thur December of 2022 (Jordon L. Niermeyer made numerous 'racial slurs' toward the Plaintiff.) On January 7, 2023 Jordon L. Niermeyer told the Plaintiff that he (Niermeyer) didn't know that a "monkey" could read a newspaper. Plaintiff was sitting on his front porch and (Niermeyer coached his son to call Plaintiff a "porch monkey") Then Niermeyer start to laugh and clap his hands saying that's right son...porch-monkey. As a result of Niermeyer racial slurs Plaintiff suffered 'actual harm' of severe depression resulting from racial discrimination and hate.

15. Plaintiff allege that (Quicken Loans, Inc.) Loan# FHA Case# 544-0525382-703 carrys liability insurance for Jordon L. Niermeyer and Mary C. Niermeyer and shall be responsible for all monetary damages that may result from racial discrimination and severe depression.

16. Plaintiff allege that (Margaret Cunningham) was acting under the color of state law when she conspired with Margarita Lozoda Valentine, Jeffrey W. Walburn, Robert Bono, Brittany Bono, Andrew Joseph Nash, Morgan Christine Nash, Jordan L. Niermeyer and Mary C. Niermeyer. Plaintiff allege that Cunninghan achieved her objective by getting the neighbors to call the Richmond Police Department on a daily basis and complain about the Plaintiff. Cunningham had the neighbors to allege that Plaintiff was a 'drug dealer' and the Plaintiff was a 'drug user'.The fact is that the Plaintiff does not sells drugs or uses drugs. Plaintiff alleges that Cunningham is a known "racist" herself. Plaintiff allege that Cunningham have caused "actual harm" to the Plaintiff as a result of her 'conspiracy' to deprive the Plaintiff of his equal rights and protections under the law <u>to live in society without being harassed by the Richmond City Police everytime the Plaintiff comes out of his home</u>.

17. Plaintiff allege that Cunningham is a 'supervisor' at the City of Richmond Police Department (Fourth Precinct) and have the Plaintiff under twenty-four (24) hour surveillance seven (7) days a week as a result of retaliation and discrimination that have caused Plaintiff (actual harm) of severe depression that requires long term medical treatment.

18. Plaintiff allege that Cunningham have police officers that are under her supervision from RPD to tailgate the Plaintiff and his family to church each Sunday to Providence Baptist Church in Aylett, Virginia. This is harassment, terror, emotional distress and humiliation.

7

18. Plaintiff allege that Donald Davenport is the Commander of the City of Richmond Police Department (Fourth Precinct). Plaintiff allege that Davenport is (Margaret Cunningham) supervisor. Plaintiff allege that Davenport have acted with a "deliberate indifference" wherein the Chief of Police (Richard G. Edwards) sent Plaintiff (e-mail) on November 18, 2022 stating that Davenport would reach out to me on November 21, 2022 concerning my complaint against Margaret Cunningham. Plaintiff never heard a word from Davenport concerning his complaint.

19. Plaintiff allege that Davenport failure to train, supervise and discipline Cunningham resulted in 'actual harm' to the Plaintiff causing Plaintiff to suffer with "severe depression" that requires long term medical treatment. Plaintiff allege that Davenport have allowed Cunningham to (run around like a loose cannon) without any type of supervision...resulting in racial discrimination.

20. Plaintiff allege that he have been the subject of a "hate crime" at the hands of Cunningham. Plaintiff allege that Cunningham misconduct was "racially motivated" because the Plaintiff was black. On August 18, 2022 Plaintiff wrote to the following F.B.I., D.E.A., U.S. Marshall Service and Virginia State Police and requested that Margaret Cunningham be investgated. Plaintiff never received a response.

8

21. Plaintiff allege that the Richmond City Police Department does not have an 'established policy and procedure to follow when the Plaintiff filed two (2) complaints against Margaret Cunningham".' Plaintiff allege that Cunningham threw the two (2) complaints in the trash can. Plaintiff allege that Chief Smith secretary told Plaintiff that she sent the complaints to the Fourth Precinct where Cunningham works at. As a result of Richmond City Police Internal Affairs Division not having an "established policy, procedure and custom in place resulted in "actual harm" to the Plaintiff causing "severe depression" and long term medical care resulting from racial discrimination, .

Plaintiff allege that the misconduct of Davenport and Cunningham violated clearly established law and Plaintiff's constitutional rights under the Fourteenth (14) Amendment.

22. Plaintiff allege that he had a lengthly conversation with Richard G. Edwards, Chief of Police on December 8, 2022 at the Richmond City Hall Memorial Program. Plaintiff advised Chief Edwards that Davenport never got in contact with Plaintiff regarding the complaints against Margaret Cunningham. Chief showed no concern about my alleged "two lost complaints" against Cunningham. Plaintiff allege that Edwards do not have an 'established policy and procedure' in place to handle Plaintiff's complaints. And as a result of not having police policy guidelines in place resulted in Plaintiff suffering from "severe depression" that requires long term medical treatment resulting from "racial discrimination" because the Plaintiff is black and have a criminal record.

9

23. Plaintiff allege that the Unknown Named Police Officers for the City of Richmond that harass, intimidate and humiliate the Plaintiff 24 hours a day seven (7) a week is liable to the Plaintiff under (Bivens) and the mayor for the City of Richmond must be held responsible for their "unconstitutional acts and police misconduct." Because the police misconduct of the Unknown Named Police Officers for the City of Richmond have caused Plaintiff "actual harm" of 'severe depression' that have resulted in long term medical care. The mayor for the City of Richmond (Levar Stoney) is the gate keeper of the Richmond City Police Department and must accept 'service of process' for the Unknown Named Police Officers for the City of Richmond.

24. Plaintiff allege that he contacted (Levar Stoney) mayor for the City of Richmond on November 15, 2022, December 13, 2022 and January 17, 2023. Plaintiff told the mayor of the police misconduct that needed to be investigated by his office. Plaintiff allege that the mayor office has no "established policy and procedure" in place to investigate the City of Richmond Police Department for complaints against private citizens. Plaintiff allege that Levar Stoney have failed to train, supervise and discipline (Richard G. Edwards) Chief of Police. Plaintiff allege because he is suffering from "actual harm" the City of Richmond as a (Municipality) can be held liable. Plaintiff allege that Levar Stoney 'failure to act' have caused Plaintiff "irreparable harm" of sleep apnea, fright,gritting of teeth that requires sleeping with tooth guards on...and biting of tongue while sleep as a result of "severe depression"...caused by Richmond City Police Misconduct.

10

25. Plaintiff allege that on January 17, 2023, December 13, 2022, and November 15, 2022 he contacted the President of Richmond City Council (Cynthia I. Newbille). Plaintiff requested (Newbille) to investigate the Richmond City Police Department for police misconduct. Newbille turned a "blind-eye" and failed to respond to Plaintiff's complaint dated January 17, 2023. Plaintiff allege that Newbille do not have an established policy and procedure in place to investigate complaints filed with the Internal Affairs Division of the Richmond City Police Department have resulted in "actual harm" to the Plaintiff causing Plaintiff to suffer with "severe depression" that requires long term medical treatment.

26. Plaintiff allege that he contacted (Ellen F. Robertson), Vice-President of Richmond City Council on January 17, 2023 and November 15, 2022 regarding police misconduct of the Unknown Named Police Officers of the Richmond City Police Department. Plaintiff allege that (Robertson) had 'prior knowledge' of the officers that works for the City of Richmond Police Department and their misconduct and did nothing as vice president of Richmond City Council. And because (Robertson) "failure to act" resulted in and causing Plaintiff to suffer with (Major Depressive Disorder) MDD that requires long term medicaltreatment.

27. Plaintiff allege that on January 17, 2023, December 13, 2022 and November 15, 2022 he contacted Ann-Frances Lambert, councilwoman for the City of Richmond third (3rd) district where the Plaintiff lives. Plaintiff advised Lambert that on January 12, 2023 a Richmond City Police Officer follow Plaintiff from his home at 3119 Edgewood Avenue to 7th and Marshall Streets in downtown City of Richmond. Plaintiff allege that he was in the left lane eastbound on Marshall Street at 7th Street. And the Richmond Police Officer was in the right eastbound on Marshall Street at 7th Street. When the traffic signal turned green the police officer made a "quick left turn" in front of the Plaintiff attempting to make Plaintiff "collide" with his vehicle. Plaintiff contacted Levar Stoney, mayor for the City of Richmond and the "gatekeeper" of the Richmond City Police Department. Plaintiff also contacted Lambert, Newbille and Robertson councilwomen and representatives of the Richmond City Council and asked each of them to get the camera footage at 7th and Marshall Streets they all refused to get the camera footage which would have shown them that Richmond Police Misconduct need to be investigated by them. As a result of top city officials failure to act is a "deliberate indifference" and a violation of clearly established law which make the City of Richmond (Municipality) liable.

12

28. Plaintiff allege that on March 3, 2023 (Sharon Carr) general counsel for the Richmond City Police Department whom is "trained" and oversees the Richmond City Police Department policy of "general orders" for the department stated to the Richmond Times-Dispatch Newspaper that it takes her 150 hours to review the "general orders" that are currently in place. Plaintiff allege that it is not possible for Margaret Cunningham to know, follow and understand the "required guidelines of general orders" and act accordingly to those policies. Plaintiff allege that neither Richard G. Edwards or Donald Davenport follow or know the required "general orders". Plaintiff allege this is why his two (2) complaints against Margaret Cunningham was destroyed once they were sent to Davenport command Post (4th precinct) from the office of Richard G. Edwards. Plaintiff allege that policy-making falls in the lap of the mayor for the City of Richmond (Levar Stoney) a (failure to train, supervise and discipline  Margaret Cunningham) that have resulted in liability upon the City of Richmond (Municipality).

29. Plaintiff allege that the Richmond City Police Department (Internal Affairs Division) do not follow their own "General Orders" guidelines because the (Internal Affairs Division) is located at 200 West Grace Street, Richmond, Virginia and not at Davenport command post (4th Precinct) located at 2219 Chamberlayne Avenue, Richmond, Virginia. Plaintiff allege that because the Richmond City officials cannot follow their policies have resulted in Plaintiff suffering from (Major Depressive Disorder) that requires long term medical treatment.

## RELIEF SOUGHT

Plaintiff seek the relief from this Court that this matter be set for trial by jury in accordance with Federal Rules of Civil Procedure Rule 38 (a) (b) (1) (2) (c).

Plaintiff seek the relief against Margarita Lozoda Valentine in a lawsuit for personal liability in the amount of $500,000.00 for racial discrimination, Major Depressive Disorder, racially motivated mistreatment, emotional distress, emotional trauma, acting in concert with Margaret Cunningham to deprive Plaintiff of his constitutional rights to be free from hate and terror.

Plaintiff seek the relief from this Court in a lawsuit in the amount of $500,000.00 against Jeffrey W. Walburn for racial slurs, racial discrimination, Major Depressive Disorder, emotional distress and trauma, Racially motivated mistreatment, acting in concert with Margaret Cunningham to deprive Plaintiff of his constitutional rights to be free from hate and terror and personal liability for "willful and intentional acts of racism".

Plaintiff seek the relief from this Court in a lawsuit in the amount of one (1) million dollars against Flagstar Bank FSB active and currently loan #0025181 dated March 16, 2021 under the 'lender liability' clause that precludes "bad acts of racism, racial discrimination that resulted in (Major Depressive Disorder).

14

## RELIEF SOUGHT

Plaintiff seek the relief from this Court against Robert and Brittany Bono for personal liabilty in the amount of $500,000.00 each for discrimination of the Plaintiff because he is black, racial discrimination, racially motivated acts, emotional distress and trauma, Major Depressive Disorder, acting in concert with Margaret Cunningham to deprive Plaintiff of his constitutional rights to be free from hate and terror and mental pain and suffering that requires long term medical treatment.

Plaintiff seek the relief from this Court in a lawsuit in the amount of one (1) million dollars against USAA Federal Saving Bank active and currently loan #3002135436 dated April 14, 2020 under the 'lender liability' clause that precludes "bad acts of racism, racial discrimination that resulted in (Major Depressive Disorder).

Plaintiff seek the relief from this Court against Andrew Joseph Nash and Morgan Christine Nash for personal liability in the amount of $500,00.00 each for racial discrimination, racially motivated acts, emotional distress and trauma, Major Depressive Disorder, acting in concert and conspiring with Margaret Cunningham to deprive Plaintiff of his constitutional rights to live free within society free from hate and terror that resulted in mental pain and suffering requiring long term medical treatment.

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a lawsuit in the amount of one (1) million dollars against Virginia Credit Union, Inc. active and currently loan# 200131098 dated March 12, 2020 under the 'lender liability' clause that precludes "bad acts of racism, racial discrimination that resulted in (Major Depressive Disorder).

Plaintiff seek the relief from this Court in a lawsuit against Jordon L. Niermeyer and Mary C. Niermeyer in the amount of $500,000.00 each for acting in concert and conspiring with Margaret Cunningham to deprive Plaintiff of his protected constitutional rights to live free from racial hate and terror within society that have resulted in long term medical treatment, (Major Depressive Disorder), racial discrimination, racially motivated acts, emotional distress and trauma.

Plaintiff seek the relief from this Court in a lawsuit in the amount of one (1) million dollars against Quicken Loans, Inc. active and currently loan # FHA Case# 544-0525382-703 dated May 22, 2013 under the 'lender liability' clause that precludes "bad acts of racism" and "racial discrimination" that resulted in (Major Depressive Disorder) requiring long term medical treatment.

16

## RELIEF SOUGHT

Plaintiff seek the relief in a civil action lawsuit against
Richard G. Edwards in the amount of $300,00.00 in personal liability,
$500,000.00 in compensatory and punitive damages for failure to train,
supervise and discipline Margaret Cunningham, deliberate and reckless
indifference to Plaintiff's constitutional rights to live free
within society without being harassed, intimidated and humiliated
24 hours per day/7 days a week by the Richmond City Police
Department, Major Depressive Disorder that requires long term medical
treatment, failure to have a mandated established policy, procedure,
general orders and guidelines for the Unknown Named Police Officers
and Named Police Officers to follow without violations of clearly
established law, sleep apnea, malice, emotional trauma and distress
that requires long term medical treatment as a result of police
misconduct from racial profiling that is known to be racially
motivated mistreatment because the Plaintiff is black and the
neighbors Valentine, Walburn, Bono, Nash and Niermeyer do not want
Plaintiff living in the 3100 Block of Edgewood Avenue because the
Plaintiff is black and have a criminal record and is the subject of
"racial slurs and racial discrimination. conspiracy and actual and
irreparable harm as a result of living while being black, and failing
to have an "established policy" in place at (Internal Affairs Division)
that would have precluded Davenport and Cunningham from destroying
Plaintiff's complaint (two-2) complaints that was filed against
Cunningham.

17

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a civil action
lawsuit against Donald Davenport in the amount of $500,000.00
in personal liability, $500,000.00 in his "official capacity" in
compensatory and punitive damages for failing to supervise, train
and discipline Margaret Cunningham for racial profiling the
Plaintiff and for conspiring with the neighbors in the 3100 Block
of Edgewood Avenue to harass, intimidate and humiliate Plaintiff
because Plaintiff is black and have a criminal record, Major
Depressive Disorder that requires long term medical treatment,
sleep apnea, malice, emotional trauma and distress as a result of
police misconduct by Margaret Cunningham, failure to have a policy,
procedure, guidelines that are "established" for his police officers
of the 4th Precinct to follow to prevent 'racial profiling' of
the Plaintiff for no reason other than Plaintiff being "black"
living in a 'predominately white neighborhood city block', actual
and irreparable harm resulting from racially motivated acts of
Margaret Cunningham, deliberate and reckless indifference to
Plaintiff's constitutional rights to live free within society
without being harassed on a daily basis of police officers from
the 4th precinct that works under your orders and commands,
failure to contact Plaintiff after being ordered by Richard G.
Edwards on November 18, 2022 to do so regarding the misconduct of
Margaret Cunningham and destroyng two (2) (Complaints) that had
been 'filed' against Cunningham to (cover-up wrongdoings).

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a civil action lawsuit against Margaret Cunningham for $500,000.00 in personal liability and one (1) million dollars in her official capacity in compensatory and punitive damages for conspiracy to deprive Plaintiff of his constitutional right to live free within society without being "racially profiled" because he is black and have a criminal record, acting in concert with Donald Davenport to destroy two-2 complaints that Plaintiff had filed against her to cover-up her wrongdoings of police misconduct, conspiring with the neighbors Valentine, Walburn, Bono, Nash and Niermeyer on more than one occasion during the year of 2022 and 2023 to deprive Plaintiff of his constitutional rights because Plaintiff is (black and have a criminal record), Major Depressive Disorder that requires long term medical treatment as a result of Cunningham racially motivated acts of unlawful police misconduct, racial discrimination, deliberate and reckless indifference, malice, violations of clearly established law, emotional trauma and distress, actual and irreparable harm that requires long term medical treatment, racially motivated mistreatment because the Plaintiff is black with a criminal record, failure to follow the appropriate guidelines, policy, procedure and general orders of the Richmond Police Department regarding the two-2 complaints that she destroyed because of her wrongdoings of police misconduct.

19

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a civil action lawsuit against Internal Affairs Division for the City of Richmond Police Department in the amount of $500,000.00 for failing to have an "established policy" in place that would have precluded both Donald Davenport and Margaret Cunningham from destroying the plaintiff's two (2) complaints that had been filed by the Plaintiff against Margaret Cunningham for police misconduct.

Plaintiff seek the relief from this Court in a civil action lawsuit against the (Unknown Named Police Officers For The City of Richmond, Virginia  Police Department) in the amount of one (1) million dollars in compensatory and punitive damages for harassing, intimidating and humiliating the Plaintiff twenty-four (24) hours per day/ seven (7) days per week under <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).

Plaintiff seek the relief from this Court in a civil action lawsuit against the (City of Richmond-Municipality) in the amount of one (1) million dollars for failing to train, supervise and discipline its police officers unknown named and named, failing to have a policy, procedure, guidelines and established "general orders" that would have precluded Donald Davenport and Margaret Cunningham from destroying the Plaintiff's two (2) complaints against Cunningham that were 'destroyed'...alleging "police misconduct".

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a civil action
lawsuit against (Levar Stoney) in the amount of $500,000.00
in personal liability and $500,000.00 in his 'official capacity'
as mayor for the City of Richmond, Virginia for failing to train,
supervise, and discipline the Richmond City Police Department and
it police officers after being properly notified of police
misconduct at the hands of Richard G. Edwards, Donald Davenport
and Margaret Cunningham, failing to have an establish policy,
procedure, guidelines and general orders in place that would have
precluded Donald Davenport and Margaret Cunningham from destroying
Plaintiff's two (2) complaints against Margaret Cunningham for police
misconduct, deliberate and reckless indifference to Plaintiff's
complaint filed with his office on January 17, 2023 of failing
and refusing to answer, failing and refusing to answer Plaintiff's
complaints dated December 13, 2022 and November 15, 2022 involving
police misconduct that resulted in Major Depressive Disorder
requiring long term medical care and treatment, emotional and
mental distress, severe depression, actual and irreparable harm
resulting from a 'failure to answer police misconduct complaint',
sleep apnea and mental pain and suffering resulting from a
failure to act.

21

## RELIEF SOUGHT

Plaintiff seek the relief from this Court in a civil action lawsuit against Cynthia I. Newbille, Ellen F. Robertson and Ann-Frances Lambert (each individual) in the amount of $300,000.00 in 'personal liability and $500,000.00 (each individual) in their "official capacity" as councilwomen for the City of Richmond, Virginia for failing to train, supervise and discipline the Richmond Police Department, failure to have established policy, procedure, guidelines and general orders in place that would have precluded Donald Davenport and Margaret Cunningham from destroying the Plaintiff's two (2) complaints against Margaret Cunningham alleging police misconduct resulting in Major Depressive Disorder requiring long term care and medical treatment, deliberate and reckless indifference to Plaintiff's complaint that was filed on January 17, 2023, December 13, 2022 and November 15, 2022 by failing and refusing to answer and investigate claim of police misconduct, emotional and mental distress, severe depression, sleep apnea, actual and irreparable harm resulting from a failure to answer and investigate resulting in mental pain and suffering requiring long term medical treatment and care of (MDD).

## CONCLUSION

WHEREFORE, and upon the premises of this HONORABLE COURT, the Plaintiff prayer in relief should be GRANTED.

Respectfully submitted,

/s/ _John R. Burnley_

John R. Burnley

John Rodgers Burnley
3119 Edgewood Avenue
Richmond, Virginia 23222-2505

(804) 308-4649

Dated: March 7, 2023

(804) 308-4649                          Mr. John Rodgers Burnley
                                        3119 Edgewood Avenue
                                        Richmond, Virginia 23222-2505


                            March 7, 2023


The Honorable Fernando Galindo, Clerk
OFFICE OF THE CLERK
United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219


Re: <u>John Rodgers Burnley v. Margarita Lozoda Valentine, et. al.,</u>

Dear Mr. Galindo:

      Enclosed herewith please find the above-named civil action in

which I would appreciate your markings FILED.

      In the interim, my thanks to you for your cooperation and

assistance.

                                    Sincerely yours,

                                    John R. Burnley

JRB/jrb
encl
cc: Honorable Mark S. Davis, Chief Judge
      w/encl
      Courtesy Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

John Rodgers Burnley,
                        Plaintiff,


v.                                     Civil Action No.: 3:23cv160


Margarita Lozoda Valentine, et. al.,

                  Defendants.


NOTICE OF NAMES AND ADDRESSESS OF THE DEFENDANTS
FOR SERVICE OF PROCESS

Margarita Lozoda Valentine
3117 Edgewood Avenue
Richmond, Virginia 23222-2505

Jeffrey W. Walburn
3117 Edgewood Avenue
Richmond, Virginia 23222-2505

Flagstar Bank, FSB
W-535-1 5151 Corporate Drive
Troy, Michigan 48098

Robert Bono
3115 Edgewood Avenue
Richmond, Virginia 23222-2505

Brittany Bono
3115 Edgewood Avenue
Richmond, virginia 23222-2505

USAA Federal Saving Bank
10750 McDermott Freeway
San Antonio, Texas 78288

Margaret Cunningham, Detective
City of Richmond Police Department (Fourth Precinct)
2219 Chamberlayne Avenue
Richmond, Virginia 23222

1

Andrew Joseph Nash
3121 Edgewood Avenue
Richmond, Virginia 23222-2505

Morgan Christine Nash
3121 Edgewood Avenue
Richmond, virginia 23222-2505

Virginia Credit Union, Inc.
Administrative Headquarters
7500 Boulder View Drive
North Chesterfield, Virginia 23225

Jordan L. Niermeyer
3116 Edgewood Avenue
Richmond, Virginia 23222-2505

Mary C. Niermeyer
3116 Edgewood Avenue
Richmond, Virginia 23222-2505

Quicken Loans, Inc.
1050 Woodward Avenue
Detroit, Michigan 48226-1906

Richard G. Edwards, Chief of Police
City of Richmond Police Department
200 West Grace Street
Richmond, Virginia 23220

Donald Davenport, Commander
City of Richmond Police Department (Fourth Precinct)
2219 Chamberlayne Avenue
Richmond, Virginia 23222

Unknown Named Police Officers For The
City of Richmond Police Department
City of Richmond (Municipal)
ATTENTION: Levar Stoney, Mayor
OFFICE OF THE MAYOR FOR THE CITY OF RICHMOND
900 East Broad Street
Richmond, Virginia 23219

Internal Affairs Division For The
City of Richmond Police Department
200 West Grace Street
Richmond, virginia 23220

2

Levar Stoney, Mayor
OFFICE OF THE MAYOR FOR THE CITY OF RICHMOND
900 East Broad Street
Richmond, Virginia 23219

Cynthia I Newbille, President
For Richmond City Council
900 East Broad Street
Richmond, Virginia 23219

Ellen F. Robertson, Vice President
For The Richmond City Council
900 East Broad Street
Richmond, Virginia 23219

Ann-Frances Lambert, Councilwoman
For The City of Richmond (3rd District)
900 East Broad Street
Richmond, Virginia 23219

City of Richmond (Municipality)
ATTENTION: Levar Stoney
OFFICE OF THE MAYOR FOR THE CITY OF RICHMOND
900 East Broad Street
Richmond, Virginia 23219

3