IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOHN RODGERS BURNLEY,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:23CV160(RCY) |
| ALEXANDRA M. VALENTIN, *et al.*,<br>    Defendants. | )<br>) | |

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (ECF No. 160). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to provide a copy of this Order to all counsel of record and to all parties proceeding *pro se*.

It is so ORDERED.

                                                                          /s/
                                          Roderick C. Young
                                          United States District Judge

Richmond, Virginia
Date: November 22, 2023