IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN RODGERS BURNLEY,

  Plaintiff,

v.                                        Civil Action No. 3:23-cv-160

ALEXANDRA M. VALENTIN, *et al.*,

  Defendants.

## DEFENDANTS ALEXANDRA VALENTIN AND JEFFREY WALBURN'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AGAINST PLAINTIFF

COME NOW Defendants Alexandra Valentin and Jeffrey Walburn ("Defendants"), by counsel, and for the reasons stated in Defendants' Memorandum in Support, move this Court to enforce the parties' November 17, 2023 settlement agreement against Plaintiff, John Rodgers Burnley, and impose sanctions against him pursuant thereto.

                                                      ALEXANDRA M. VALENTIN AND
                                                      JEFFREY W. WALBURN

                                                      By Counsel

/s/ Soroush N. Moghaddassi
John R. Owen (VSB No. 39560)
Soroush N. Moghaddassi (VSB No. 89423)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
smoghaddassi@hccw.com
*Counsel for Alexandra M. Valentin*
*and Jeffrey W. Walburn*

1

# **C E R T I F I C A T E**

I hereby certify that on the 27th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. On the same day, a true and accurate copy of this document was mailed to the following:

John Rodgers Burnley, *pro se*
3119 Edgewood Avenue
Richmond, Virginia 23222-2505

Jordan L. Niermeyer, *pro se*
3116 Edgewood Avenue
Richmond, VA 23222

Mary C. Niermeyer, *pro se*
3116 Edgewood Avenue
Richmond, VA 23222

/s/ Soroush N. Moghaddassi
John R. Owen (VSB No. 39560)
Soroush N. Moghaddassi (VSB No. 89423)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
smoghaddassi@hccw.com
*Counsel for Alexandra M. Valentin*
*and Jeffrey W. Walburn*