IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN RODGERS BURNLEY,

   Plaintiff,

v.                                         Civil Action No. 3:23-cv-160

ALEXANDRA M. VALENTIN, *et al.*,

   Defendants.

## DEFENDANT JEFFREY WALBURN'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW Defendant Jeffrey Walburn ("Walburn"), by counsel, and for the reasons stated in Defendants' Memorandum in Support, moves this Court to enforce the parties' November 17, 2023 settlement agreement against Plaintiff, impose sanctions against him pursuant thereto, and enjoin him from future violations of the agreement.

                                                                **JEFFREY W. WALBURN**

                                                                 By Counsel

/s/ Soroush N. Moghaddassi
John R. Owen (VSB No. 39560)
Soroush N. Moghaddassi (VSB No. 89423)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
smoghaddassi@hccw.com
*Counsel for Jeffrey W. Walburn*

## **C E R T I F I C A T E**

I hereby certify that on the 16th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. On the same day, a true and accurate copy of this document was mailed to the following:

John Rodgers Burnley, *pro se*
3119 Edgewood Avenue
Richmond, Virginia 23222-2505

Jordan L. Niermeyer, *pro se*
3116 Edgewood Avenue
Richmond, VA 23222

Mary C. Niermeyer, *pro se*
3116 Edgewood Avenue
Richmond, VA 23222

/s/ Soroush N. Moghaddassi
John R. Owen (VSB No. 39560)
Soroush N. Moghaddassi (VSB No. 89423)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
smoghaddassi@hccw.com
*Counsel for Jeffrey W. Walburn*